# United States District Court
## Violation Notice

21FF09036677 (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NF-3 | E 1478106 | RIVALDI JOSEPH JR | R3643 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☒ State Code |
|---|---|
| 11/20/2021  2650 | 18 USC 7413 / F.S.S. 316.193 |

**Place of Offense**
EAST GATE, EGLIN AFB, FL

**Offense Description: Factual Basis for Charge** HAZMAT ☐
INDIVIDUAL FAILED SFSTs

### DEFENDANT INFORMATION
Phone: (422) 465-5267

| Last Name | First Name | MI |
|---|---|---|
| ANDERSON | KATHERINE | A. |

Street Address: 3052 WEEPING WILLOW RD

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 170AFD | FL | 2014 | DODGE GRAND CARAVAN | | GOLD |

**A** ☒ APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1 (866) 427-2442
U.S. COURT HOUSE 1 NORTH PALAFOX, PENSACOLA, FL

Date: 11-2021 — 4-2022
Time: 2344

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*E1478106*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 26 NOVEMBER, 20 21 while exercising my duties as a law enforcement officer in the THIRD District of FLORIDA

Upon arrival on scene, information was relayed that ANDERSON / SUBJECT was unable to follow instructions given / had a slow reaction time. Through personal observation, the first test was the finger dexterity test which SUBJECT had to be given instructions two times and did not count out loud. During the SFSTs, there were 4 total clues for Walk and Turn and 2 total clues for One Leg Stand.

The foregoing statement is based upon:
☒ my personal observation ☐ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/20/2021   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident